RECEIVED
JUN - 9 2011
TONY R. M~~
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES CLIFFORD | CIVIL ACTION NO. 10-cv-1352 |
| VERSUS | JUDGE STAGG |
| BRYAN CONSTRUCTION, ET AL | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that LFI's **Motion for Rule 12(c) Judgment on the Pleadings (Doc. 40)** is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 8th day of June, 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE