**RECEIVED**
JAN 3 1 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES CLIFFORD | CIVIL ACTION NO. 10-cv-1352 |
| VERSUS | JUDGE STAGG |
| BRYAN CONSTRUCTION, ET AL | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motions for Default Judgment (Docs. 81 and 83) and the Motion to Correct Name of Party (Doc. 66) are granted. The Bryan Company and Bryan Construction are ordered to pay to James Clifford the amount of $12,500, plus legal interest thereon from date of entry of judgment, and all court costs associated with this action.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __31st__ day of __January__, 2012.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE